# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DITECH FINANCIAL LLC and FEDERAL, NATIONAL MORTGAGE ASSOCIATION,

    Plaintiffs,

vs.

T-SHACK, INC., *et al.*,

    Defendants.

Case No. 2:16-cv-02808-JAD-GWF

**ORDER**

Motion to Withdraw as Attorney (ECF No. 27)

This matter is before the Court on Maier Gutierrez & Associates' Motion to Withdraw as Counsel of Record for Defendant T-Shack, Inc. (ECF No. 27), filed on June 20, 2017. To date, no party has filed an opposition to this motion and the time for opposition has now expired. On June 25, 2017, Luis A. Ayon, Esq. of the law firm, Ayon Law, PLLC, filed his notice of appearance (ECF No. 28) on behalf of Defendant. Furthermore, the movant substantially establishes good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Maier Gutierrez & Associates' Motion to Withdraw as Counsel of Record for Defendant T-Shack, Inc. (ECF No. 27) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove the law firm of Maier Gutierrez & Associates from the CM/ECF service list in this case.

DATED this 13th day of July, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge