Daniel B. Cantor, Esq.
Nevada State Bar No. 14180
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
dbcantor@wolfewyman.com

Attorneys for Plaintiffs
DITECH FINANCIAL LLC AND
FEDERAL NATIONAL MORTGAGE
ASSOCIATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL, LLC, a Delaware limited liability company; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br>v.<br><br>T-SHACK, INC., a foreign corporation; NEVADA ASSOCIATION SERVICES, INC., a domestic corporation; DESERT SANDS VILLAS HOMEOWNERS' ASSOCIATION, a domestic non-profit corporation; and DOES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-02808-JAD-NJK<br><br>**SUBSTITUTION OF ATTORNEY FOR DITECH FINANCIAL LLC** |

Plaintiff DITECH FINANCIAL LLC hereby substitutes Daniel B. Cantor of Wolfe & Wyman LLP, 6757 Spencer Street, Las Vegas, NV 89119, (702) 476-0100, as attorney of record in place and stead of Amy F. Sorenson, Snell & Wilmer LLP, 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169, (702) 784-5200.

///

///

///

///

1
**SUBSTITUTION OF ATTORNEY**

3016191.1

I consent to the above substitution.

DATED: April 23, 2018                    _____
                                          Signature of Plaintiff


I consent to the above substitution.

DATED: _____           _____
                                          Signature of Present Attorney


I am duly admitted to practice in this District.

Above substitution accepted.

DATED: April 27, 2018                    WOLFE & WYMAN LLP

                                         By: _____ NV BAR NO. 12905 FOR:
                                         DANIEL B. CANTOR, ESQ.
                                         Nevada State Bar No. 14180
                                         6757 Spencer St.
                                         Las Vegas, NV 89119
                                         Attorneys for Plaintiff
                                         **DITECH FINANCIAL LLC AND FEDERAL NATIONAL MORTGAGE ASSOCIATION**

I consent to the above substitution.

DATED: _____

_____
Signature of Plaintiff

I consent to the above substitution.

DATED: 4/24/18

_Ale Fegary_ NV Bar #9022
Signature of Present Attorney

I am duly admitted to practice in this District.

Above substitution accepted.

DATED:

WOLFE & WYMAN LLP

By: _____
DANIEL B. CANTOR, ESQ.
Nevada State Bar No. 14180
6757 Spencer St.
Las Vegas, NV 89119
Attorneys for Plaintiff
**DITECH FINANCIAL LLC AND FEDERAL NATIONAL MORTGAGE ASSOCIATION**

IT IS SO ORDERED.
Dated: April 30, 2018
.
.
.
_____
United States Magistrate Judge