LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Defendant Desert Sands Villas Homeowners' Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC, a Delaware limited liability company; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>T-SHACK, INC., a foreign corporation; NEVADA ASSOCIATION SERVICES, INC., a domestic corporation; DESERT SANDS VILLAS HOMEOWNERS' ASSOCIATION, a domestic non-profit corporation; and DOES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-02808-JAD-~~GWF~~ NJK<br><br>**DESERT SANDS VILLAS HOMEOWNERS' ASSOCIATION'S MOTION TO REMOVE ATTORNEY DAVID A. MARKMAN, ESQ., FROM THE ELECTRONIC SERVICE LIST** |

Defendant, DESERT SANDS VILLAS HOMEOWNERS' ASSOCIATION ("Desert Sands") by and through its counsel of record, LIPSON NEILSON, P.C., hereby provides notice that attorney David A. Markman, Esq., is no longer an associate with the law firm of Lipson Neilson, P.C.

LIPSON NEILSON, P.C., continues to serve as counsel for Desert Sands, therefore no parties are prejudiced by this withdrawal. The undersigned respectfully requests the court remove David A. Markman, Esq., from the electronic service list in this action. All future correspondence, papers, and future notices should continue to be directed to J. William Ebert, Esq., and Karen Kao, Esq.

DATED this 25th day of July, 2018.

LIPSON NEILSON P.C.

By: */s/ Karen Kao*
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144

*Attorneys for Defendant Desert Sands Villas Homeowners Association*

## COURT APPROVAL

**IT IS SO ORDERED.**

DATED: July 26, 2018

**UNITED STATES MAGISTRATE JUDGE**