LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Defendant Desert Sands Villas Homeowners' Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC, a Delaware limited liability company; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>T-SHACK, INC., a foreign corporation; NEVADA ASSOCIATION SERVICES, INC., a domestic corporation; DESERT SANDS VILLAS HOMEOWNERS' ASSOCIATION, a domestic non-profit corporation; and DOES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-02808-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINES**<br><br>**(FIRST REQUEST)** |

Defendant DESERT SANDS VILLAS HOMEOWNERS ASSOCIATION ("HOA") and Plaintiff DITECH FINANCIAL LLC, and Defendant T-SHACK by and through their respective counsel, hereby agree and stipulate as that the deadline for Defendant Desert Sands Villas Homeowners Associations to file their respective responses to Plaintiff Ditech Financial LLC's Motion for Partial Summary Judgment filed August 12, 2019 [ECF No. 49] shall be extended two (2) weeks from September 3, 2019 to September 17, 2019.

\ \ \

This is the Parties' first request for an extension, and is made in good faith to accommodate the schedules of counsel and not for purpose of delay.

DATED this 3rd of September, 2019.

LIPSON NEILSON P.C.

By: /s/ Karen Kao
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive
Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone

*Attorneys for Defendant Desert Sands Villas Homeowners Association*

DATED this 3rd day of September, 2019.

WOLF & WYMAN LLP

By: /s/ Emil S. Kim
EMIL S. KIM, ESQ.
Nevada Bar No. 14894
6757 Spencer Street
Las Vegas, NV 89119
(702) 476-0100

*Attorneys for Plaintiff Ditech Financial LLC & Federal National Mortgage Association*

DATED this 3rd day of September, 2019.

AYON LAW, PPLC

By: /s/ Luis A. Ayon
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
STEVEN H. BURKE, ESQ.
Nevada Bar No. 14037
8716 Spanish Ridge Ave., Suite 115
Las Vegas, NV 89148

*Attorneys for Defendant T-Shack, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: September 6, 2019.