LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Defendant Desert Sands Villas Homeowners' Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC, a Delaware limited liability company; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>T-SHACK, INC., a foreign corporation; NEVADA ASSOCIATION SERVICES, INC., a domestic corporation; DESERT SANDS VILLAS HOMEOWNERS' ASSOCIATION, a domestic non-profit corporation; and DOES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-02808-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DISPOSITIVE MOTION**<br><br>**(SECOND REQUEST)** |

Defendant DESERT SANDS VILLAS HOMEOWNERS ASSOCIATION ("HOA") Plaintiff DITECH FINANCIAL LLC, and Defendant T-SHACK, INC. by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant Desert Sands Villas Homeowners Associations to file its response to Plaintiff Ditech Financial LLC's Motion for Partial Summary Judgment [ECF No. 49] shall be extended to October 1, 2019. The HOA's Response was originally due on September 17, 2019. As counsels for Ditech Financial LLC and Desert Sands Villas Homeowners Association

have engaged in settlement discussions, the parties have entered into this agreement in good faith and not for the purposes of delay.

This is the parties' way of accommodating each other given the circumstances and possibility of resolution.

| | |
|---|---|
| DATED this 17th of September, 2019. | DATED this 17th day of September, 2019. |
| LIPSON NEILSON P.C. | WOLF & WYMAN LLP |
| By: /s/ Karen Kao<br>J. WILLIAM EBERT, ESQ.<br>Nevada Bar No. 2697<br>KAREN KAO, ESQ.<br>Nevada Bar No. 14386<br>9900 Covington Cross Drive<br>Suite 120<br>Las Vegas, Nevada 89144<br>(702) 382-1500 - Telephone<br><br>*Attorneys for Defendant Desert Sands Villas Homeowners Association* | By: /s/ Emil S. Kim<br>EMIL S. KIM, ESQ.<br>Nevada Bar No. 14894<br>6757 Spencer Street<br>Las Vegas, NV 89119<br>(702) 476-0100<br><br>Attorneys for Plaintiff Ditech Financial *LLC & Federal National Mortgage Association* |

DATED this 17th day of September, 2019.

AYON LAW, PPLC

By: /s/ Luis A. Ayon
    LUIS A. AYON, ESQ.
    Nevada Bar No. 9752
    STEVEN H. BURKE, ESQ.
    Nevada Bar No. 14037
    8716 Spanish Ridge Ave., Suite 115
    Las Vegas, NV 89148

*Attorneys for Defendant T-Shack, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: September 18, 2019.