1  LIPSON NEILSON P.C.
   J. WILLIAM EBERT, ESQ.
2  Nevada Bar No. 2697
   KAREN KAO, ESQ.
3  Nevada Bar No. 14386
   9900 Covington Cross Drive, Suite 120
4  Las Vegas, Nevada 89144
   (702) 382-1500 - Telephone
5  (702) 382-1512 – Facsimile
   bebert@lipsonneilson.com
6  kkao@lipsonneilson.com

7  *Attorneys for Defendant Desert Sands Villas Homeowners' Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC, a Delaware limited liability company; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>T-SHACK, INC., a foreign corporation; NEVADA ASSOCIATION SERVICES, INC., a domestic corporation; DESERT SANDS VILLAS HOMEOWNERS' ASSOCIATION, a domestic non-profit corporation; and DOES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-02808-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DISPOSITIVE MOTION**<br><br>**(THIRD REQUEST)**<br><br>ECF No. 60 |

Defendant DESERT SANDS VILLAS HOMEOWNERS ASSOCIATION ("HOA") Plaintiff DITECH FINANCIAL LLC, and Defendant T-SHACK, INC. by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant Desert Sands Villas Homeowners Associations to file its response to Plaintiff Ditech Financial LLC's Motion for Partial Summary Judgment [ECF No. 49] shall be extended to October 15, 2019. The HOA's Response was originally due on October 1, 2019. This stipulation is requested to accommodate the HOA's counsel's scheduling requirements

Page 1

1  and conflicting obligations. Additionally, counsels for Ditech Financial LLC and Desert
2  Sands Villas Homeowners Association are engaging in settlement discussions, and
3  believe that the parties' resources are better used at the present time to attempt to
4  resolve this matter by settlement than by engage in dispositive motion practice. The
5  parties have entered into this agreement in good faith and not for the purposes of delay.

6      This is the parties' way of accommodating each other given the circumstances
7  and possibility of resolution.

DATED this 1st of October, 2019.

LIPSON NEILSON P.C.

By: /s/ Karen Kao
   J. WILLIAM EBERT, ESQ.
   Nevada Bar No. 2697
   KAREN KAO, ESQ.
   Nevada Bar No. 14386
   9900 Covington Cross Drive
   Suite 120
   Las Vegas, Nevada 89144
   (702) 382-1500 - Telephone

*Attorneys for Defendant Desert Sands Villas Homeowners Association*

DATED this 1st day of October, 2019.

WOLF & WYMAN LLP

By: /s/ Emil S. Kim
   EMIL S. KIM, ESQ.
   Nevada Bar No. 14894
   6757 Spencer Street
   Las Vegas, NV 89119
   (702) 476-0100

Attorneys for Plaintiff Ditech Financial *LLC & Federal National Mortgage Association*

DATED this 1st day of October, 2019.

AYON LAW, PPLC

By: /s/ Christopher V. Yergensen
   CHRISTOPHER V. YERGENSEN, ESQ.
   Nevada Bar No. 6183
   395 Gatlinburg Court
   Henderson, Nevada 89012

*Attorneys for Defendant T-Shack, Inc.*

\ \ \

\ \ \

\ \ \

**IT IS SO ORDERED.**

_____
U.S. District Judge  10-1-19