LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
bebert@lipsonneilson.com

*Attorneys for Defendant Desert Sands Villas Homeowners' Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC, a Delaware limited liability company; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>T-SHACK, INC., a foreign corporation; NEVADA ASSOCIATION SERVICES, INC., a domestic corporation; DESERT SANDS VILLAS HOMEOWNERS' ASSOCIATION, a domestic non-profit corporation; and DOES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-02808-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DISPOSITIVE MOTION**<br><br>**(FOURTH REQUEST)** |

Defendant DESERT SANDS VILLAS HOMEOWNERS ASSOCIATION ("HOA") Plaintiff DITECH FINANCIAL LLC, and Defendant T-SHACK, INC. by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant Desert Sands Villas Homeowners Associations to file its response to Plaintiff Ditech Financial LLC's Motion for Partial Summary Judgment [ECF No. 49] shall be extended to October 29, 2019. The HOA's Response was originally due on October 15, 2019. This stipulation is requested to accommodate the HOA's counsel's scheduling requirements and conflicting obligations. Additionally, counsels for Ditech Financial LLC

1  and Desert Sands Villas Homeowners Association are engaging in settlement
2  discussions, and believe that the parties' resources are better used at the present time
3  to attempt to resolve this matter by settlement than by engage in dispositive motion
4  practice. Settlement negotiations are progressing and although the matter is not yet
5  settled, and the parties can not guarantee that a settlement will be arrived at, the parties
6  are optimistic that settlement between Ditech Financial LLC and Desert Sands HOA can
7  be achieved. The parties have entered into this agreement in good faith and not for the
8  purposes of delay.

This is the parties' way of accommodating each other given the circumstances and possibility of resolution.

DATED this 15th of October, 2019.

LIPSON NEILSON P.C.

By: */s/ J. William Ebert*
    J. WILLIAM EBERT, ESQ.
    Nevada Bar No. 2697
    9900 Covington Cross Drive
    Suite 120
    Las Vegas, Nevada 89144
    (702) 382-1500 - Telephone

*Attorneys for Defendant Desert Sands Villas Homeowners Association*

DATED this 15th day of October, 2019.

WOLF & WYMAN LLP

By: */s/ Danielle A. Kolkoski*
    DANIELLE A. KOLKOSKI, ESQ.
    Nevada Bar No. 8506
    6757 Spencer Street
    Las Vegas, NV 89119
    (702) 476-0100

Attorneys for Plaintiff Ditech Financial *LLC & Federal National Mortgage Association*

DATED this 15th day of October, 2019.

AYON LAW, PPLC

By: */s/ Christopher V. Yergensen*
    CHRISTOPHER V. YERGENSEN, ESQ.
    Nevada Bar No. 6183
    395 Gatlinburg Court
    Henderson, Nevada 89012

*Attorneys for Defendant T-Shack, Inc.*

**IT IS SO ORDERED.**

_____
United States District Judge
Dated: October 16, 2019.