**RACHEAL A. ROSS, ESQ.**
**Nevada Bar No. 14943**
**WOLFE & WYMAN LLP**
**6757 Spencer Street**
**Las Vegas, NV 89119**
**Tel: (702) 476-0100**
**Fax: (702) 476-0101**
**raross@wolfewyman.com**

**Attorneys for Plaintiffs**
**DITECH FINANCIAL LLC AND**
**FEDERAL NATIONAL MORTGAGE**
**ASSOCIATION**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL, LLC, a Delaware limited liability company; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>T-SHACK, INC., a foreign corporation; NEVADA ASSOCIATION SERVICES, INC., a domestic corporation; DESERT SANDS VILLAS HOMEOWNERS' ASSOCIATION, a domestic non-profit corporation; and DOES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-02808-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS REMAINING CLAIMS** |

Plaintiffs DITECH FINANCIAL LLC ("Ditech") and FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae"), T-SHACK INC. ("T Shack"), and DESERT SANDS VILLAS HOMEOWNERS' ASSOCIATION ("Desert Sands") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

1. Ditech and Fannie Mae hereby dismiss all claims against Desert Sands;

2. Defendant NEVADA ASSOCIATION SERVICES, has not Answered or otherwise appeared in this action, all claims against said Defendant are dismissed;

3. Ditech and Fannie Mae's remaining claims alleged in the Complaint are hereby dismissed:

1

Declaratory Relief Under Amendments V and XIV to the United States Constitution – Against All Defendants, Quiet Title Under the Amendment V and XIV to the United States Constitution – Against T-Shack, Wrongful Foreclosure: Ditech Against All Defendants, Violation of NRS 116.1113 *et seq.*: Ditech Against All Defendants, and Unjust Enrichment: Ditech Against T-Shack.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

4. The Parties shall each bear their own fees and costs.

**IT IS SO STIPULATED.**

| DATED: March 12, 2020 | DATED: March 12, 2020 |
|---|---|
| WOLFE & WYMAN LLP | |
| By: _/s/ Racheal A. Ross_<br>  RACHEAL A. ROSS, ESQ.<br>  Nevada Bar No. 14943<br>  6757 Spencer Street<br>  Las Vegas, NV 89119<br>  *Attorneys for Plaintiffs*<br>  *DITECH FINANCIAL LLC* and<br>  *FEDERAL NATIONAL*<br>  *MORTGAGE ASSOCIATION* | By: _/s/ Christopher V. Yergensen_<br>  CHRISTOPHER V. YERGENSEN, ESQ.<br>  Nevada Bar No. 6183<br>  395 Gatlinburg Ct.<br>  Henderson, NV 89012<br>  *Attorneys for Defendant*<br>  *T-SHACK, INC.* |
| DATED: _____  ___, 2020<br><br>LIPSON, NEILSON, COLE, SELTZER &<br>GARIN, P.C.<br><br>By: _/s/ David Ochoa_<br>  DAVID OCHOA, ESQ.<br>  Nevada Bar No. 10414<br>  9900 Covington Cross Dr., Ste. 120<br>  Las Vegas, NV 89144<br>  *Attorneys for Defendant*<br>  *DESERT SANDS VILLAS*<br>  *HOMEOWNERS' ASSOCIATION* | |

## ORDER

Based on the parties' stipulation **[ECF No. 76]** and good cause appearing, IT IS HEREBY ORDERED that all remaining claims are DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **ENTER FINAL JUDGMENT in favor of the Plaintiffs Ditech Financial, LLC and the Federal National Mortgage Association, DECLARING that:**

> the deed of trust for the real property located at 874 Ripple Way in Las Vegas, Nevada, recorded as Instrument # 0006161 in Book 20060928 of the real property records for Clark County, Nevada, on 9/28/06, was not extinguished by the 12/6/13 foreclosure sale, so foreclosure-sale purchaser T-Shack, Inc. took the property subject to the deed of trust

and **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 12, 2020

3